UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 19-2989

———————

UNITED STATES OF AMERICA

v.

JEFFREY BOYD,

Appellant

(M.D.Pa. No. 4-18-cr-00281-001)

Before: AMBRO, PORTER, and ROTH, <u>Circuit Judges</u>

**ORDER AMENDING OPINION**

The precedential opinion entered in this case on May 28, 2021 is hereby amended as follows:

- Page 13: a comma should be added after "Alito, J." so that it reads "Alito, J., dissenting".

- Page 21: The "S" in "See" at the beginning of "*See, e.g.*, *Wood*" should be italicized.

- Page 30: The phrase "F.3d" should be added in between "836" and "341" so that it reads "836 F.3d at 341, 356".

By the Court:

s/THOMAS L. AMBRO
Circuit Judge

Dated: August 17, 2021
CJG/cc:     Michelle L. Olshefski, Esq.
            Frederick W. Ulrich, Esq.